# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALTAIR LOGIX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-584-MN |
| | ) |
| KONTRON AMERICA, | ) |
| INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO STAY CASE PENDING SETTLEMENT

WHEREAS, the parties to the above-captioned action are working to finalize a settlement agreement and have agreed to stay the case while they finalize their settlement;

IT IS HEREBY STIPULATED by and between the parties hereto, and subject to the approval of the Court, that the above-captioned action is hereby STAYED. If the parties have not filed a stipulation of dismissal within 60 days, they will file a status report with the Court advising as to whether the stay should continue.

| | |
|---|---|
| /s/ Timothy Devlin | /s/ Kelly E. Farnan |
| Timothy Devlin (#4241) | Kelly E. Farnan (#4395) |
| Devlin Law Firm LLC | Richards, Layton & Finger, P.A. |
| 1526 Gilpin Ave. | One Rodney Square |
| Wilmington, DE 19806 | 920 N. King Street |
| (302) 449-9010 | Wilmington, DE 19801 |
| tdevlin@devlinlawfirm.com | (302) 651-7700 |
| | farnan@rlf.com |
| *Attorneys for Plaintiff Altair Logix LLC* | |
| | *Attorneys for Defendant Kontron America, Incorporated* |

Dated: July 22, 2019

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

RLF1 21658467v.1