# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**KONTRON AMERICA, INCORPORATED,**<br><br>　　　　　　Defendant. | C.A. NO. 1:19-cv-00584-MN<br><br><br>PATENT CASE |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Altair Logix LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Altair Logix LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

August 29, 2019

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

DEVLIN LAW FIRM LLC

　/s/ Timothy Devlin　
Timothy Devlin
Delaware Bar No. 4241
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Altair Logix LLC*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                                */s/ Timothy Devlin*
                                                Timothy Devlin